# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

         Case No. 8:20-CR-334-WFJ-AAS

   Plaintiffs,

v.

MIGUEL ANGEL TUFINO PRECIADO,

   Defendants.

_____

## EXHIBIT LIST

☐ Government ☐ Plaintiff(s) ☒ Defendant(s) ☐ Court ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | Special Agent Steven P Maurizio | Chemical Analysis Report dated April 27, 2021 |
| 2 | | | Special Agent Steven P Maurizio | Report of Investigation prepared January 13, 2021 |
| 3 | | | Special Agent Steven P Maurizio | Email of Five (5) photographs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |